

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. AP-76,461 & AP-76,462

### EX PARTE BILLY JOE MCGOWAN, JR., Applicant

### ON APPLICATIONS FOR A WRIT OF HABEAS CORPUS
### CAUSE NOS. 2010-0000015M-CR & 2010-0000039M-CR
### IN THE 97TH JUDICIAL DISTRICT COURT
### FROM MONTAGUE COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant pleaded guilty to two counts of manufacture of a controlled substance pursuant to a plea agreement and was sentenced to thirty-five years' imprisonment on each count. He did not appeal convictions.

Applicant contends, among other things, that his pleas were involuntary. The trial court made findings of fact and conclusions of law and recommended that we set aside Applicant's judgments

of conviction.

Relief is granted. The judgments in cause numbers 2010-0000015M-CR and 2010-0000039M-CR in the 97th Judicial District Court of Montague County are set aside, and Applicant is remanded to the custody of the sheriff of Montague County to answer the charges as set out in the indictments.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: December 8, 2010
Do Not Publish